REAM ET AL., APPELLANTS, *v.* MACPHERSON ET AL., APPELLEES.

[Cite as Ream *v.* MacPherson (1986), 28 Ohio St. 3d 304.]

(No. 85-1237—Decided December 22, 1986.)

*Gordon K. Bolon, Ellen L. Wristen* and *David A. Ucker,* for appellants.
*Vorys, Sater, Seymour & Pease, Alan T. Radnor* and *J. Scott Jamieson,* for appellees.

The judgment of the court of appeals in case No. 9-84-23, pursuant to appellants' Proposition of Law No. 1, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.